# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK GRIFFIN,**  *Plaintiff.*  v.  **PAMELA SMITH,** *et al.*,  *Defendants*. | Case No. 1:24-cv-00036-BAH |

## MOTION TO WITHDRAW AS COUNSEL

Joseph D. McBride, an attorney of record for Mark Griffin, the Plaintiff in the above-captioned case, writes to inform this Honorable Court that Undersigned Counsel spoke to Mark Griffin on March 10, 2025. During said conversation, Undersigned Counsel explained to Mr. Griffin that he needed to withdraw from representing Mr. Griffin in this case. Mr. Griffin understood Mr. McBride's explanation and did not object. As such, Undersigned Counsel moves this Honorable Court for an order allowing him to withdraw as attorney of record.

WHEREFORE, it is respectfully requested that in consideration of the abovementioned facts, this court issue an order permitting undersigned counsel to withdraw as attorney of record and, by doing so, relieve him of any further obligation to this case.

Dated:  Los Angeles, California
        March 10, 2025

                              Respectfully submitted,

**/s/ Joseph D. McBride, Esq.**

Joseph D. McBride, Esq.
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
305 Broadway
Suite 700
New York, NY 10007
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify this Honorable Court and all counsel of record on March 10, 2025.

**/s/ Joseph D. McBride, Esq.**
Joseph D. McBride, Esq.